CALEDONIA,
March,
1838.

LYDIA C. STEARNS *v.* JOHN STEARNS.

On a petition for a divorce, where real estate, held by the husband, in right of the wife, had been levied upon by the creditors of the husband;—*Held*, that the creditors, as such, could not, on their suggestion that the petition was collusive and intended to defeat their rights, under the levy, be permitted to appear and resist the petition. In such case, however, the attorneys of the creditors, or any member of the bar, may, as *amici curiæ*, suggest such collusion to the court. But no order will be made by the court, that the evidence in the case be submitted to their inspection.

THIS was a petition for a divorce.

*W. Mattocks, T. Howard,* and *G. B. Chandler* stated to the court, that they were not employed by the petitionee, but that they appeared as the attorneys of his creditors, who had levied their executions upon real estate, held by him, in right of his wife, the petitioner, and that the levying creditors believed this petition to be collusive, between the petitioner and petitionee, to defeat the rights of the creditors under such levies, and they moved for leave to appear and oppose the petition, and requested the court to order the affidavits and other evidence in the case to be submitted to them for their inspection.

*C. Davis,* for the petitioner resisted the application of the creditors of the petitionee for permission to appear, on the ground that they were strangers to the case and could not appear without authority from the petitionee.

By the Court.—The attorneys of the creditors cannot, as such, appear. But they, or any member of the bar, may, as *amici curiæ,* suggest to the court that the petition is collusive, and direct the attention of the court to such parts of the testimony as may show collusion, or, as may be insufficient to sustain the petition. But the court will not direct the clerk or the counsel for the petitioner, to submit the affidavits or other testimony relied upon, in support of the petition, to the inspection of such *amici curiæ.*